# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED

AUG 2 7 2015

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 14cr0193-DMS |
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| ANGELINO RODRIGUEZ-BARCENAS, | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

_____ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_____ the Court has dismissed the case for unnecessary delay; or

__X__ the Court has granted the motion of the Government for dismissal without prejudice; or

_____ the Court has granted the motion of the defendant for dismissal/judgment of acquittal; or

_____ a jury has been waived, and the Court has found the defendant not guilty; or

_____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Indictment/Information:

__8 USC 1326(a) and (b)__

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED:   August 27, 2015

_____
Hon. DANA M. SABRAW
UNITED STATES DISTRICT JUDGE